AO 91 (Rev. 08/09) Criminal Complaint

AUSA TIMOTHY MCDONALD
Special Agent JEREMY MCCULLOUGH, TFO

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan



United States of America
v.
Rudy Marlon Carcamo-Carranza

Case: 2:17-mj-30191
Assigned To : Unassigned
Assign. Date : 4/18/2017
Description: CMP USA V CARCAMO-CARRANZA (BG)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 23, 2017__ in the county of __Macomb__ in the __Eastern__ District of __Eastern__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, US Code 1326(a) | 8 U.S.C. 1326 -- Reentry After Deportation (Removal) |
| Title 18, US Code, Section 1546(a) | 18 U.S.C. 1546 -- Fraud And Misuse Of Visas, Permits, And Related Documents, And False Personation |
| Title 18, US Code, Section 1015 (e) | 18 U.S.C 1015(e)-- Naturalization, citizenship or alien registry |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

_Complainant's signature_

JEREMY McCULLOUGH, TASK FORCE OFFICER FBI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 04/18/2017

_Judge's signature_

City and state: Detroit, MI

David R. Grand, United States Magistrate Judge
_Printed name and title_

AFFIDAVIT

I, Jeremy McCullough, being duly sworn, depose and state the following:

1.     I am a Deportation Officer with United States Department of Homeland Security, U.S. Immigration and Customs Enforcement, Enforcement and Removal Operations, having been so employed since March 2003. I was previously employed by the United States Department of Justice, Immigration and Naturalization Service, Detention and Removal Operations. I am currently assigned to the Federal Bureau of Investigation (FBI) Violent Gang Task Force (VGTF) and have been so for the previous three and a half years. During my career, I have been involved in numerous federal immigration, firearms, fraud, and narcotics investigations.

2.     I make this affidavit from personal knowledge based on my participation in this investigation, including witness interviews by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports regarding the events and circumstances and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

3.     I am currently involved in an investigation of a subject identified as Rudy CARCAMO-CARRANZA (hereinafter referred to as CARCAMO-CARRANZA), born XX/XX/1993, who currently resides at 3551 Rome, Warren, Michigan. This investigation concerns CARCAMO-CARRANZA and violations of Federal immigration and fraud laws.

4.     On June 12, 2005, CARCAMO-CARRANZA [A CITIZEN OF ELSALVADOR] was arrested by the United States Border Patrol for entering the United States without inspection and was subsequently issued a Notice to Appear in Immigration Court. On April 19, 2006, an Immigration Judge in Detroit, Michigan ordered CARCAMO- CARRANZA removed to El Salvador. On October 23, 2012, CARCAMO-CARRANZA, a fugitive, was arrested by ERO Officers in order to effect the Immigration Court's order of removal. On November 1, 2012, CARCAMO-CARRANZA was removed to El Salvador. On an unknown date and time, CARCAMO-CARRANZA re-entered the United States without the permission of the Attorney General or the Secretary of the Department of Homeland Security. On December 29, 2014, ERO Officers again arrested CARCAMO-CARRANZA and his original order of removal was reinstated. On January 14, 2015, CARCAMO-CARRANZA was removed to El Salvador. On February 28, 2016, CARCAMO-CARRANZA was involved in a hit and run accident in Shelby Township, Michigan. During the incident, CARCAMO-CARRANZA fled the scene and hid inside his employment, where he was later located and arrested by Shelby Township Police. Prior to ERO Officers arrival at the Shelby Township Police Department, CARCAMO-CARRANZA was released.

5.  On March 22, 2017, I applied for and received a federal search warrant for the location of 3551 Rome, Warren, Michigan.

6.  On March 23, 2017, during the execution of the search warrant, the suspect CARCAMO-CARRANZA was located in the residence and was placed under arrest. CARCAMO-CARRANZA was turned over to the Madison Heights Police Department as he was wanted on an outstanding Operating Under the Influence of Liquor (OUIL) warrant out of the 43rd district court, CARCAMO-CARRANZA also had an outstanding warrant for Hit and Run, issued by the 41-A district court, located in Shelby Township, Michigan, the warrant was confirmed and a hold for that agency was placed. During the search of the residence of search, a fraudulent I-551 (Alien Registration Receipt Card) was located. The card bore the name of Marlon Antonio HERNANDEZ (hereinafter referred to as HERNANDEZ), DOB 07/27/1993 and contained an Alien Registration Number of 091 776 828. The photograph on the card was that of CARCAMO-CARRANZA. Also located was a fraudulent Social Security Card (SSN 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) bearing HERNANDEZ's name.

7.  On March 24, 2017, at approximately 12:53 P.M., an Immigration Enforcement Subpoena (I-138) for employment records for the name and photograph of Rudy CARCAMO-CARRANZA was served on Kruse and Muer, 911 Wilshire, Troy, MI 48084. General Manager Brett Lees did not recognize the correct name of Rudy CARCAMO-CARRANZA, but did recognize the photograph that was provided. After Mr. Lees recognized CARCAMO-CARRANZA, he provided a wage agreement bearing the name and signature of HERNANDEZ. He also provided a copy of an I-9, dated September 28, 2016, signed by Marlon A. HERNANDEZ stating that he is a lawful permanent resident of the United States. On the I-9, HERNANDEZ indicated that his Alien Registration Number was A091 776 824, that he lived at 3551 Rome, Warren, Michigan and that his telephone number was (586) 522-6796. Also provided was an Employees Michigan Withholding exemption certificate bearing the name and signature of Marlon A. HERNANDEZ as well as a SSN# of 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. Copies of both fraudulent identification documents were provided along with a copy of the W4 document bearing the false name, signature and Social Security Number matching the fraudulent documents.

8.  On March 24, 2017 at approximately 1:47 P.M., an Immigration Enforcement Subpoena (I-138) for employment records for the name and photograph of Rudy CARCAMO-CARRANZA was served on on Bar Louie, 1488 N. Rochester Rd., Rochester Hills, MI 48307. The Director of Operations, Curt Lommen, did not recognize the correct name of Rudy CARCAMO-CARRANZA, but did recognize the photograph that was provided. The Director of Operations recognized CARCAMO-CARRANZA and provided a copy of an I-9, bearing name of Marlon A. HERNANDEZ, DOB 07/27/1993, with an address of 3551 Rome, Warren, MI. The document states that he is a lawful permanent resident, provided A# 091 776 824 and SSN# 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, this document was signed on 05/08/2016. Lommen also provided copies of the fraudulent I-

551 card and the fraudulent Social Security card that were provided at time of CARCAMO-CARRANZA's employment application.

9.   On March 24, 2017 at approximately, 3:00 P.M., an Immigration Enforcement Subpoena (I-138) for employment records for the name and photograph of Rudy CARCAMO-CARRANZA was served on Art and Jakes, 14741 23 Mile Road, Shelby Township, MI. The I-138 was served on the owner, Victor Trpcevski who not recognize the correct name of Rudy CARCAMO-CARRANZA, but did recognize the photograph that was provided. Trpcevic provided a W-4 bearing name and signature of Marlon A. HERNANDEZ, SSN 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, with an address of 26526 Palmer Drive, Madison Heights, MI 48071. This document was filled out and signed on 10/25/2014. While filing out pre-employment documents CARCAMO-CARRANZA filled out Department of Homeland Security Form number I-9, bearing name and signature of Marlon A. HERNANDEZ at 26526 Palmer Drive, Madison Heights with a SSN of 654 09-4281, the name and address are aliases of CARCAMO-CARRANZA, on the I-9 form, CARCAMO-CARRANZA checked that he is a United States Citizen.

10.  Based on the above facts, I have probable cause to believe that Rudy CARCAMO-CARRANZA did knowingly and intentionally re-enter the United states after being removed in violation of Title 8, United States Code 1326(a), this violation occurred on March 23, 2017. I have probable cause to believe that CARCAMO-CARRANZA used an alien registration receipt card knowing it to be forged, counterfeited, altered, falsely made or unlawfully obtained in violation of Title 18, United States Code, Section 1546(a). These violations occurred on May 8, 2016, September 28, 2016 and on October 25, 2014. Furthermore, I have probable cause to believe that CARCAMO-CARRANZA did falsely and willfully represent himself to be a citizen of the United States in violation of Title 18, United States Code, Section 1015(e).  Said violations occurred in the County of Macomb, Eastern Judicial District of Michigan.

 

                                                               _____
Jeremy McCullough
Task Force Officer
Federal Bureau of Investigation/
Immigration and Customs Enforcement

Sworn to before me and subscribed
in my presence, this 18th day of
April 2017

_____                4/18/17
Honorable Judge David R. Grand                _____
United States Magistrate Judge                   Date